CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant, *v.* FREDERICK KRAFT et al., Respondents.

Argued March 9, 1937; decided March 23, 1937.

*Francis S. Bensel* and *W. Frederick Knecht* for appellant.
*Otto A. Samuels* and *Henry Cohen* for respondents.

Judgment of the Appellate Division reversed and judgment of the Special Term affirmed, with costs in this

court and in the Appellate Division, on the authority of *Heiman* v. *Bishop* (272 N. Y. 83). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.